UNITED STATES of America,
Plaintiff–Appellee,

v.

Gloria Ann MORALES, aka Gloria
Zuniga, Defendant–Appellant.

No. 94–10507.

United States Court of Appeals,
Ninth Circuit.

Aug. 27, 1996.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be withdrawn from the

merits panel and heard by the en banc court pursuant to Circuit Rule 35–3.